Garrett J. Hines (SBN 198892)
VICTIM COMPENSATION LAW GROUP, APC
287 S. Robertson Blvd., # 302
Beverly Hills, CA 90211
Tel:    424-250-8254
Fax:    310-444-7141
victimscomplaw@gmail.com

Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI DARNELL,<br><br>               Plaintiff,<br><br>        v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; and DOES 1 through 5, inclusive,<br><br>               Defendants. | No. 2:21-cv-01557-TLN-DB<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference shall be scheduled in this matter before the Honorable Allison Claire. Judge Claire's chambers has confirmed her availability for a settlement conference on May 26, 2022, at 9:00 a.m.

Dated: March 29, 2022

Respectfully submitted,

VICTIM COMPENSATION LAW GROUP, APC

By: /s/ *Garrett J. Hines*   (authorized 3/29/2022)
GARRETT J. HINES

Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: March 29, 2022

Troy L. Nunley
United States District Judge